IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE ESTATE OF EULA C. ARBOGAST, | ) | |
| | ) | |
| Floyd L. Arbogast, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 12-1252 |
| | ) | |
| v. | ) | |
| | ) | |
| United States Secretary of Housing and Urban Development, | ) ) | |
| | ) | |
| Defendant. | ) | *Electronically Filed* |

## ORDER

AND NOW, this __16th__ day of __May__, 2013, upon consideration of the Joint Motion to Vacate State Court Order,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Order entered on August 8, 2012 by the Court of Common Pleas of Allegheny County, Pennsylvania at Case No. GD-12-12848, IS HEREBY DECLARED NULL AND VOID, AND IS THEREFORE VACATED.

_____ J.
UNITED STATES DISTRICT JUDGE,
AS MISCELLANEOUS JUDGE